IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>TROY C. CHUBBUCK, JERRY S.<br>WOLFE, WILLIAM E. SALISBURY,<br>LISA J. SCHUTTE, and GARY A. GOFF,<br><br>                    Defendants. | **4:14CR3085**<br><br>**MEMORANDUM AND ORDER** |

Defendants Gary A. Goff and Lisa J. Schutte have moved to continue the pretrial motion deadline, (filing nos. 46 and 47), because the defendants and defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed..  The motions to continue are unopposed.  Based on the showing set forth in the motions, the court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1)     Defendants Gary A. Goff and Lisa J. Schutte's motions to continue, (filing nos. 46 and 47), are granted.

2)     **As to all defendants**, pretrial motions and briefs shall be filed on or before September 11, 2014.

3)     **As to all defendants**, trial of this case is continued pending resolution of any pretrial motions filed.

4)     The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial.  Accordingly, **as to all defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and September 11, 2014, shall be deemed excludable time in any computation of time under the requirements

of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

August 12, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge